UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * * * * * *
*
In re:  J. Theoginis Kehaias           *           BK#11-11833-JMD
                                       *           Chapter 7
                        Debtor(s)      *
* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR APPROVAL OF AND NOTICE OF INTENDED SALE

Now Comes, Timothy P. Smith, ("Trustee"), to request that this court enter an Order approving the sale of the debtors equity interest in an LLC named Athena 22 LLC to Flying Heron Industries LLC for the sum of $20,000.00. In support thereof the Trustee states the following:

1. This case was commenced by the filing of a voluntary petition under chapter 7 on May 5, 2011.

2. Timothy P. Smith is the duly appointed Chapter 7 Trustee.

3. The debtor scheduled as an asset on Schedule B an interest in Athena 22 LLC with an unknown value.

4. The debtor is the sole member of this LLC.

5. The LLC owns real estate located at 22 Ash St. Hollis NH. This real estate is subject to a mortgage in favor of Triangle Credit Union. This mortgage has an approximate balance of $320,000.00.

6. The Trustee has received an offer to purchase the debtors interest in the LLC for the sum of $20,000.00 from Flying Heron Industries LLC.            .

7. The Trustee feels that this offer is in the best interest of the bankruptcy estate.

8. Triangle Credit Union has assented to this sale.

9. The buyer is purchasing the debtors equity interest in the LLC wherefore the buyer is purchasing this interest subject to all liabilities of the LLC including the mortgage to Triangle Credit Union.

10. The Trustee has made no representations to the buyer regarding the financial condition of the LLC and expressly makes no warranties regarding the liabilities of the LLC.

11. This offer is subject to any higher offers obtained through approval process.

Wherefore, the Trustee respectfully requests that this court enters an Order which:

A. Approves the sale of the debtors interest in Athena 22 LLC to Flying Heron Industries LLC for the sum of $20,000.00.

B. Grant such other relief that is fair and equitable.

Respectfully submitted,

Dated: October 11, 2011          By: /s/ Timothy P. Smith
Timothy P. Smith, Trustee
67 Middle Street
Manchester, NH  03101
603-623-0036
BNH01446